IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALAN J. ROSS, | § | |
| | § | |
| Plaintiff Below, | § | No. 136, 2019 |
| Appellant, | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| INSTITUTIONAL LONGEVITY | § | C.A. No. 2017-0186 |
| ASSETS, LLC, MRB POOLED | § | |
| BENEFITS, LLC, DAVID SIMON, | § | |
| and BENNETT MILLER, | § | |
| | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: August 9, 2019
Decided: October 24, 2019

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's February 26, 2019 letter opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice